# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DR. TRUST JUSTICE TRUTH,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY & ASHLEY HOMESTORE – SUMMERLIN, NV,<br><br>    Defendant. | Case No. 2:22-cv-02024-GMN-NJK<br><br>**ORDER** |

On December 21, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis*. Docket No. 4. For this case to proceed, Plaintiff must pay the full filing fee. To date, no filing fee has been received. *See* Docket.

Accordingly, Plaintiff is **ORDERED** to pay the filing fee by April 20, 2023. **Failure to comply with this order will result in a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: March 20, 2023

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge